FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
___JONESBORO___ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 29 2009

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. __3:09CV00113-JLH__

This case assigned to District Judge __HOLMES__
and to Magistrate Judge __JONES__

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Joel Kenneth Parker #290281__
ADC # _____

Address: __2332 N. Las Vegas Blvd. Ste #200 North Las Vegas NV 89030__

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Pilot Truck Stop Corporation__

Position: _____

Place of employment: _____

Address: __5508 Lonas Rd. Knoxville, TN. 37909__

Name of defendant: __City of West Memphis, Arkansas__

Position: _____

Place of employment: _____

Address: *City Hall, West Memphis, Arkansas*
Name of defendant: *West Memphis Police Department*
Position: _____
Place of employment: _____
Address: *626 E. Broadway West Memphis, AR 72301*
Name of defendant: *William H. Johnson*
Position: *Mayor, City of West Memphis, AR.*
Place of employment: *City Hall*
Address: *City Hall, West Memphis, AR*

II. Are you suing the defendants in:

- ☑ official capacity only
- ☑ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: *NONE*

Defendants: *NONE*

☐   Court (if federal court, name the district; if state court, name the county): *NONE*

    ☐    Docket Number: *NONE*

    ☐    Name of judge to whom case was assigned: *NONE*

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) *NONE*

    ☐    Approximate date of filing lawsuit: *NONE*

    ☐    Approximate date of disposition: *NONE*

IV. Place of present confinement: *North Las Vegas Detention Center, North Las Vegas, NV. 89030*

V. At the time of the alleged incident(s), were you: (check appropriate blank)

    *NO* in jail and still awaiting trial on pending criminal charges

    *NO* serving a sentence as a result of a judgment of conviction

    *NO* in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes ____  No ✓

  B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

    Yes ____  No ✓

**JOEL K. PARKER**
        Plaintiff,

Vs.

Pilot Truck Stop, City of West Memphis, Ar. West Memphis Police Department, Mayor William H. Johnson, Chief of Police Robert Paudert, Assistant Chief of Police Mike Allen, Captain Oakes, Detective Mark McDougal, Inspectors Eddie West, and Sanders, Sergeants Johnny Moore, Will Smith and Shelton, Officers Brandon Hatley, Richard Dennis, James Moore, James Wilson, E. Williams, R. Hester, Barbara Robertson, and Janet Parker.
        Defendants.

**Continued defendants lists of names and addresses:**
(B.)

                Robert Paudert
                Chief Of Police,
                West Memphis Police Department
                626 E. Broadway
                West Memphis, Ar. 72301

| | |
|---|---|
| Mike Allen<br>Assistant Chief of Police,<br>West Memphis Police Department<br>626 E. Broadway<br>West Memphis, Ar. 72301 | Mr. Oakes<br>Captain of Police,<br>West Memphis Police Department<br>626 E. Broadway<br>West Memphis, Ar. 72301 |
| Mark McDougal # 299<br>Detective<br>West Memphis Police Department<br>626 E. Broadway<br>West Memphis, Ar. 72301 | Eddie West<br>Inspector<br>West Memphis Police Department<br>626 E. Broadway<br>West Memphis, Ar. 72301 |

Page 1 of 2

Mr. Sanders  
Inspector  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Mr. Shelton  
Sergeant  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Johnny Moore # 220  
Sergeant  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Will Smith  
Sergeant  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Brandon Hatley # 259  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Richard Dennis # 243  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

James Wilson # 278  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Mr. E. Williams # 239  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

James Moore  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

R. Hester # 265  
Police Officer  
West Memphis Police Department  
626 E. Broadway  
West Memphis, Ar. 72301

Barbara Robinson  
Cashier  
Pilot Travel Store  
800 Martin Luther King Junior Dr.  
West Memphis, Ar. 72301  
Home  
91 Gant St.  
Manon, Ar. 72364

Janet Faye Parker  
Manager  
Pilot Travel Store  
800 Martin Luther King Junior Dr.  
West Memphis, Ar. 72301.  
Home  
83 Cadraca St. 26  
Memphis, Tn. 38122

If not, why? _At the time of incident I was a free man, no wants, no warrants, no holds_

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Pilot Travel Store; The pilot had given this individually the job as a security guard, and did not train him in the proper manner, these actions made for an unsafe shopping environment, they didn't screen his background because Hatley acted with absolute malice, it was on the pilots grounds, and the pilots employees are also in the conspiracy with the actor, they also violated my civil rights secured to me, also negligent hiring, training and supervision. I believe this is more than a single incident with this individual and the pilot should have look into his background better. He put my life in danger as well as everyone elses. I don't even think he went through the proper channels to be working there. The pilot also had the video and didn't speak up making it involved with the conspiracy for outrageous conduct, and malicious prosecution, false arrest and imprisonment.

## CONTINUE OF PILOT TRAVEL STORE:

The Pilot store, knowing how Brandon Hatley *(badge #259)* thought, and felt about men of color, still allowed him to work, as thought if were their own policies, standards and beliefs. The Pilot, by allowing Brandon Hatley ( *badge # 259* ) to be employed as a security guard, and through officer Brandon Hatley, *(badge # 259 )* conspired directly or indirectly to deprive me of the equal protection of the laws of equal privileges and immunities under the law, the right to be free from excessive force, and seizures, and the right to be secure in my own person as is a clearly established right under the Fourth Amendment of The Constitution. The Pilot denied me the right to freedom of speech, they have also created an unsafe shopping environment. By allowing officer Hatley to work there with his beliefs, the Pilot assisted him in depriving me the right to exercise my rights and privileges that are due every citizen of these United States. The Pilot, by employing Mrs. Barbara Robinson and Ms. Janet Faye Parker, and allowing them to fabricate a story after knowing the truth and see the video only assisted in the conspiracy to violate me of my First, Fourth, Fifth, Eight, and Fourteenth Amendment rights as written in the Constitution of the United States of America, as though it were their company belief and policy, and practice as they participated in a crime that was evil and bloodless, not to mention heartless and callous as they conspired with Brandon Hatley and Captain Oakes to violate me, and subject me to illegal search and seizure, unlawful use of a deadly force, false arrest, false imprisonment, aggravated assault, gross negligence, invasion of privacy, public humiliating and degrading. They violated my legitimate expectation of privacy that the possessions on my person would be safe from illegal intrusion, arrest without probable cause, actual malice motivation, malicious prosecution and the intentional infliction of emotional distress, as they actual caused a violation of my civil rights as they used discriminatory practices to inflict racial discrimination.

## CITY OF WEST MEMPHIS ARKANSAS:

The city of West Memphis violated my Civil Rights Acts of equal protection, by not executing the proper policies, the City of West Memphis knew or should have known of previous allegations of criminal misconduct against Hatley and other officers in the department. The City failed to take adequate measures to investigate or prevent such misconduct by its officers, and through this failure, along with a general failure to supervise and train its police officers, maintained a policy of indifference that enabled Hatley and other officers to commit the acts of which they attacked me. This policy as well as others was only one of the moving forces behind Hatley and his co-workers violations of my constitutional rights, the City of West Memphis disregarded a known or obvious consequence of its actions or inactions. The City was aware of, and acquiesced in, a pattern of prior unconstitutional actions of its employees, as well as failed to investigate or punish past unconstitutional conduct, this failure was deemed to ratify these acts. I'm just saying the City Of West Memphis Ar. has failed to train and supervise its employees, it has a general failure to investigate serious allegations of wrongdoing, and a underlying policy of deliberate indifference which served as the motivating force behind Hatley's and his co-workers actions. It allows its officers to continue to commit acts that are unconstitutional, it allows them to participate in wrongful deaths, the unlawful use of deadly force, false arrest and false seizure,

assault, battery, negligence, and to intentionally inflict emotional distress upon myself, as well as the people of West Memphis and this continues to go unpunished. They continue to allow their officers to act with negligence and total disrespect for the law they are to uphold, and to actually go around with guns and try to kill people of color as if it were some type of sport. The City Of West Memphis has allowed this to go on for so long that the officers are just running wild, they are intentionally inflicting the citizens with emotional distress. There's no way in the world, that if the city was training and supervising, and punishing these officers for their actions that officer Hatley and his co-workers would have tried to kill me. They would not have violated my rights, the City of West Memphis, has no proper screening, training or policing of their officers, as far as hiring and for that reason they violated my right to familial relations and equal protection, my right to be secure in my own person, they deprived me of my rights, privileges and immunities secured by the Constitution. The City of West Memphis violated my clearly established constitutional right, and they also gave officer Hatley and officers like him guns to go around and kill people of color, thus violating my right to be free from excessive force, as in the Fourth Amendment. Those officers intentionally inflicted emotional distress on me, the City of West Memphis allowed its officers to us excessive force, to falsely arrest me, and than put me in false detention, without timely probable cause determinations in violation of my Fourth Amendment Right, and than, lied and conspired to make it work, so that their district attorneys office could proceed with trumped up charges, as they move forward with malicious prosecution.

## WEST MEMPHIS POLICE DEPARTMENT:

The West Memphis Police Department from Chief Robert Paudert, Assistant Chief of Police Mike Allen, and Captain Oakes, through its Detective Mark McDougal (*badge # 299*), its Inspectors Eddie West and Inspector Sanders, Sergeants, Johnny Moore (*badge # 220* ), Will Smith and Sergeant Shelton and all the Officers involved, Brandon Hatley (*badge # 259*), Richard Dennis ( *badge # 243* ), James Wilson (*badge # 278* ), officer R. Hester ( *badge # 265* ), officer E. Williams ( *badge # 239*), and officer James Moore, together conspired to violate my Constitutional Rights as a citizen of these United States of America, by allowing me to be falsely arrested, falsely imprisoned, falsely detained, against my Fourth Amendment right to be free from unreasonable seizures in detaining me without judicial probable cause, they allowed unlawful deadly force to be used. The officers of West Memphis Police Department used outrageous conduct to inflicted emotional distress, false seizure, and gross negligence, they used excessive force as they assaulted and battered me, and denied me my civil rights as if it were ok to have a gun and kill people of color, as if it were hunting season. The West Memphis Police Department acted as if it was business as usual as they conspired to cover up the actions of a white officer, who not only acted with ill will, but also, all the malice that one person could handle.

Once Captain Oakes who had final authority to determine the policies and procedures affecting putting me in jail, knowing he could implement a policy or custom of not effectuating probable cause determinations for people who are arrested without a warrant, knowing my arrest

was without probable cause, and knowing that this policy or custom would cause the deprivation of my rights, he did not hesitate. Once Captain Oakes realized that these actions were put in play by a white officer, and that they were actually motivated by malice and race, and had no probable cause, he furthered the conspiracy by drumming up some false charges so that I would suffer under malicious prosecution. Captain Oakes and Officer Hatley along with the other officers of the West Memphis Police Department violated my clearly established constitutional rights, I mean rights a reasonable person would have known existed. Because of my color, the West Memphis Police Department has done all it can, to make sure that I suffer racial discrimination, they have denied me my right to follow one's profession, business or occupation, which is a valuable property right protected by the constitution. The West Memphis Police Department and its officers have conspired to invade my privacy by violating my First, Fourth, Fifth, Eighth, and Fourteenth Amendment rights, these customs, policies and procedures are commonly practiced and has allowed this police department to violate my constitutional rights as an American. The officers of the West Memphis Police Department have deliberately conspired to cause me emotional distress and suffering, and a continual denial of my rights of freedom as a American citizen. The officers of West Memphis relied on an unwritten in house policy to clean up the mess of a white officer after he has wronged a person of color as if it was the in house practice.

When the arresting officer, and the investigating detective both realized there was no probable cause, and the officer had not been in any imminent danger, but instead the officer created a hostile environment. With the understanding, that the officer created, escalated, and than began a chain of unnecessary events that were clearly preventable which eventually led to the use of unlawful deadly force they went to Captain Oakes to find out or, make up, or better yet, see what to do. Thus the conspiracy was born, because there was no probable cause, no warrant, or justification, the captain failed to use reasonableness in his judgement against the backdrop of the law at that time. Where the conduct was a white officer trying to kill a black man, knowing clearly the well establish laws would only show that his officer's conduct had clearly violated established statutory or my Constitutional rights. This Police Department has failed to properly screen for hiring, train for the dealing with the public, and supervise their officers, and have incorporated customs, policies and procedures that allowed them to work under the policy and practice of dead men tell no tales.


## MAYOR WILLIAM H. JOHNSON:

The good Mayor of West Memphis, Arkansas, Mr. William H. Johnson is the final authority to establish governmental policy, and has allowed Chief Robert Paudert, and his marry men of thugs, commonly known as the West Memphis Police Department, to openly demonstrate customs and practices that have continued to be widespread and unconstitutional, he has allowed them to persist in patterns of misconduct. He has also given authorization to be deliberate and indifferent with continued acts pursuant to governmental customs and protocols, as they have continued to participate in the discrimination of people of color, just like they violated my civil rights, invaded my privacy, falsely arrested, and falsely imprisoned me. The good Mayor of West Memphis, has long been the moving force behind these unconstitutional actions, as he has also

failed to implement a practice and procedure that would keep me, and people like me safe. He his failed to make sure that the officers under his Chiefs command are properly screened, trained, supervised, and punished, he has allowed them to go undisciplined. Mayor Johnson has allowed the Police Department to serve under the unwritten policy of inflicting intentional emotional distress, and a total misuse of power, as they work under the prudence of whatever it takes to lock them up, whether it be outrageous police conduct, assault, battery, excessive force, gross negligence, conspiracy, malicious prosecution or just plan lying, it doesn't matter because Mayor Johnson has allowed all of it to go unpunished that's why they continue to do it. Mayor Johnson has implemented this policy, this unwritten rule and the Chief and officers carry it out, it doesn't matter if they violate your civil rights, or if you're an American, and if they're wrong, they will just kill you, and it will be one less person of color period. Mayor Johnson has been deliberately indifferent to numerous citizen complaints, the customs, policies, and procedures of the West Memphis Police Department are put in place by Mayor Johnson, than Chief Robert Paudert guides his officers actions all the way down to officer Hatley, again that's why they do it, they're following orders.

  Mayor William Johnson fails to properly oversee or investigate the allegations against his officers of West Memphis, and thus their racially motivated, unconstitutional actions go unknown and unpunished, because once they've violated someones constitutional rights, they either kill them, or lock them up without probable cause. The good Mayor doesn't force Chief Robert Paudert to call on his officers to apply the appropriate standard before the use of force, or to have exhausted all reasonable means before resorting to deadly force, the policy is just shoot, and we'll use our version of the facts regarding the reasonableness of using deadly force.

## **ALL THE OTHER PARTICIPATING POLICE OFFICERS :**

  When an individual's actions do not actually result in a violation of the law, any detention of that individual is unlawful. The Pilot Corporation, along with the officers of the West Memphis Police Department tried to kill me, they violated my rights, than lied and conspired to cover it up. These are my claims against everyone named on these pages. A violation of my First, Fourth, Fifth, Eighth, and Fourteenth Amendment Rights, racial discrimination, assault and battery, aggravated assault, outrageous police conduct, denial of civil and constitutional rights, excessive force, intentional infliction of harm and emotional stress that was actually maliciously motivated. Negligence, gross negligence, use of unlawful deadly force, false seizure, arrest without probable cause, false arrest, illegal detention, false imprisonment, use of force and violation of the civil rights secured to me. The officers of the West Memphis Police Department, deprived me the rights, privileges and immunities secured by laws and the Constitution, illegal search and seizure, invasion of privacy, degrading and public humiliation, the right to be free from excessive force, and seizures, they also violated my right to be secure in my own person. These officers also committed attempted murder than lied and conspired to cover it up with malicious prosecution.

  I would like to sue for actual and accumulative damages, additional and exemplary, and last of punitive damages.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have these man held accoutable in a court of law, I would like them punished I would like sometype of monetary compensation I would like to sue.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of July, 2009.

_____
Signature(s) of plaintiff(s)

Revised 05/02/05