IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL KENNETH PARKER,
#290281                                                                                                          PLAINTIFF

v.                                              3:09CV00113JLH/HLJ

PILOT TRUCK STOP CORPORATION et al.                                              DEFENDANTS

ORDER

By Order dated August 21, 2009 (DE #6), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. After receiving an extension of time by the Court (DE #9), plaintiff submitted his amended complaint (DE #11). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for some of the defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Robert Paudert, Mike Allen, Captain Oakes, Mark McDougal, Eddie West, Inspector Sanders, Johnny Moore, Will Smith, Sgt. Shelton, Brandon Hatley, Richard Dennis, James Moore, James Wilson, Officer E. Williams, and Officer R. Hester. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #11) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of November, 2009.

                                                  _/s/ Henry L. Jones, Jr._
                                                 United States Magistrate Judge