**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOEL KENNETH PARKER,                                                        PLAINTIFF
#290281

v.                                               No. 3:09CV00113JLH/HLJ

PILOT TRUCK STOP CORPORATION et al.                                DEFENDANTS

### ORDER

Joel Kenneth Parker has filed objections to the partial report and recommendations of the

Magistrate Judge, and in his objections he has requested additional time due to the fact that he is an

inmate in the North Las Vegas Detention Center and due to the fact that he has limited access to

facilities for preparing legal documents.  The motion is granted.  The time within which Joel

Kenneth Parker must respond to the partial report and recommendations entered on November 19,

2009, is extended up to and including January 4, 2010.

IT IS SO ORDERED this 7th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE