IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL KENNETH PARKER,                                                       PLAINTIFF
#290281

v.                      No. 3:09CV00113 JLH/HLJ

ROBERT PAUDERT, Chief of Police,
West Memphis Police Department, et al.                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants, City of West Memphis, Arkansas, West Memphis Police Department, William H. Johnson, Barbara Robertson, Janet Parker, Pilot Truck Stop, and Pilot Travel Centers LLC, are DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 6th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE