IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL KENNETH PARKER,
#290281                                                                                          PLAINTIFF

v.                                            3:09CV00113HLJ

PILOT TRUCK STOP
CORPORATION, et al.                                                                    DEFENDANTS

ORDER

By Order dated November 19, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respect to defendants McDougal, Sanders, Will Smith, Shelton, Brandon Hatley, Richard Dennis, James Moore, and E. Wilson on January 4, 2010 (DE ##32-39). Included with the return and filed under seal is a memo from the West Memphis Police Department containing the last-known addresses of defendants Sgt. Brian Shelton, Officer Brandon Hatley, Richard Dennis, Det. Mark McDougal, Sgt. Will Smith, and Inspector Sanders. However, the memo also includes a notation that an Officer John Moore and an Officer E. Wilson are not employees of the Police Department. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendants Shelton, Hatley, Dennis, McDougal, Smith, and Sanders, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 11) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that plaintiff shall provide the Court with the correct names of defendants Officer James Moore and Officer E. Wilson within ten days of the date of this Order. Failure to respond will result in the dismissal of these defendants from plaintiff's complaint. See Local Rule 5.5(c)(2).

1

IT IS SO ORDERED this 12th day of January, 2010.

_____
United States Magistrate Judge