IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL KENNETH PARKER,
#290281                                                                                            PLAINTIFF

V.                                      3:09CV00113JLH/HLJ

PILOT TRUCKSTOP CORPORATION                                           DEFENDANTS

**ORDER**

    Defendant Billy Sanders, through his attorney, has supplied his correct or complete name.

The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

    IT IS SO ORDERED this 22nd day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE