# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOEL KENNETH PARKER #290281                                                                              PLAINTIFF

v.                                    No. 3:09CV00113 JLH-JJV

ROBERT PAUDERT, Chief of Police,
West Memphis Police Department, *et al*.                                                              DEFENDANTS

## ORDER

Joel Kenneth Parker has moved for an extension of time within which to file his objections to the report and recommendations submitted by United States Magistrate Judge Joe J. Volpe on June 4, 2010.  The motion for extension of time is GRANTED.  Document #85.  The time within which Parker must submit his objections to the report and recommendations of June 4, 2010, is extended up to and including July 23, 2010.

IT IS SO ORDERED this 23rd day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE