# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOEL KENNETH PARKER,                                                        PLAINTIFF
#290281

v.                          No. 3:09CV00113 JLH-JJV

PILOT TRUCK STOP CORP., *et al.*                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, Joel Kenneth Parker's claims under 42 U.S.C. § 1983 are dismissed with prejudice. His claims arising under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ADJUDGED this 26th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE